# MINUTE ORDER

Page 2

## Chief Magistrate Judge Edwin G. Torres

King Building Courtroom 10-5             Date: 2/15/2024   Time: 1:30 p.m.

| | |
|---|---|
| Defendant: Mauricio Gomez Baez | J#: 99725-510   Case #: 24-20050-CR-WILLIAMS(s) (SEALED) |
| AUSA: Manolo Reboso | Attorney: Andrew T. George, Temporary Counsel |
| Violation: CONSPIRACY TO VIOLATE THE FOREIGN CORRUPT PRACTICES ACT | Surr/Arrest Date: 2/15/2024   YOB: 1966 |
| Proceeding: Initial Appearance | CJA Appt: |
| Bond/PTD Held: ☐ Yes ☐ No | Recommended Bond: |
| Bond Set: $1,000,000.00 personal surety | Co-signed by: |

☑ **Surrender and/or do not obtain passports/travel docs-Mexican**     Language: English

☑ **Report to PTS as directed**/or ____ x's a week/month by phone: ____ x's a week/month in person

☐ Random urine testing by Pretrial Services

☐ Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☑ **Participate in mental health assessment & treatment**

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☑ **No firearms**

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to:

☑ **Other: Maintain residence in Miami at address stated on record**

**Disposition:**
* Superseding Information filed on 2/13/24*
Motion to Unseal **GRANTED**.
**Motion to Appear Pro Hac Vice to be filed for Andrew T. George with name of Local Counsel.**
The Court **ADOPTS** the recommended bond – **DEFENDANT RELEASED**

Time from today to _____ excluded from Speedy Trial Clock

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| *Report RE Counsel:* | *2/27/24* | 10:00 | *Miami Duty* | |
| PTD/Bond Hearing: | | | | |
| *Arraignment:* | *2/27/24* | 10:00 | *Miami Duty* | |
| Status Conference RE: | | | | |

D.A.R. 13:43:49                                    Time in Court: 12

s/Edwin G. Torres                                      Chief Magistrate Judge